489 P.3d 728 (Mem)
IN RE: The PEOPLE of the State of Colorado, Petitioner,
IN the INTEREST OF Minor Child: G. A., Child,
and
Concerning G. R. and J. A., Respondents,
and
Concerning B. A., D. M., and C. S., Special Respondents.
Supreme Court Case No: 2021SA166 Supreme Court of Colorado.
DATE FILED: JUNE 25, 2021
ORDER OF COURT
Upon consideration of the Petition for Rule to Show Cause Pursuant to C.A.R. 21, this Court's Order and Rule to Show Cause, the Guardian Ad Litem's ("GAL") Response Brief, and Petitioner's Reply Brief, and being sufficiently advised in the premises,
IT IS HEREBY ORDERED that the Rule to Show Cause is MADE ABSOLUTE.
Following the magistrate's ruling granting in part and denying in part the GAL's motion for vaccinations, the juvenile court granted the GAL's request for judicial review and reversed the magistrate's ruling. However, the juvenile court included no rationale in support of its order. Accordingly, we now make absolute the rule to show cause and remand to the juvenile court with instructions to provide its rationale for reversing the magistrate's ruling.
The petitioner's motion to modify the stay of the juvenile court proceedings is denied as moot.